UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUZANNE BRANCIFORTE,

Petitioner,

v.

ADRIAN HERNANDEZ,

Respondent.

Civ. No.: 04-10640 RGS

## PROOF OF SERVICE OF VERIFIED PETITION

**CERTIFICATION OF BARRY S. POLLACK**

I, Barry S. Pollack, hereby certify that on April 14, 2004, Edwin Hamada, Esq., agreed to accept service of process as counsel for Adrian Hernandez, and that, on April 15, 2004, I caused copies of the Summons and Verified Petition in this matter to be served, by hand delivery, upon Mr. Hamada at 790 Boylston Street, Boston, MA 02199.

Signed under penalties of perjury this 19th day of May, 2004.

Respectfully submitted,

By: _____
Barry S. Pollack (BBO#642064)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
Boston, MA 02108
(617) 720-2880
Attorneys for Petitioner

Dated: May 19, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 5/19/2004