UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE BRANCIFORTE,<br><br>Petitioner,<br><br>v.<br><br>ADRIAN HERNANDEZ,<br><br>Respondent. | Civ. No.: 04-10640-RGS |

### PETITIONER SUZANNE BRANCIFORTE'S MOTION FOR (1) REASONABLE ACCESS TO HER SON, (2) JUDICIAL IMMUNITY FROM PROCESS WHILE PRESENT FOR SUCH VISITATIONS AND TO LITIGATE THIS MATTER, AND (3) A STAY OF STATE COURT PROCEEDINGS

Petitioner Suzanne Branciforte ("Suzanne") hereby moves for an Order, pursuant to Articles 16 & 17 of the Hague Convention on the Civil Aspects of International Child Abduction (the "Hague Convention"), 42 U.S.C. § 11604(b) of the International Child Abduction Remedies Act ("ICARA"), and Fed. R. Civ. P. 65(a), granting her (1) reasonable access to her son, Maximillian ("Max"), who now resides in the Commonwealth of Massachusetts; (2) judicial immunity from state court proceedings and service of process on her by Respondent Adrian Hernandez ("Adrian") and/or his agents while she is present in the Commonwealth for such visitations and/or to litigate this matter; and, (3) a stay of state court custody proceedings between the parties related to their son, Max (styled as *Hernandez v. Branciforte*, 95DR-2156-DV1 (Mass. Super. Ct., Worcester County Probate & Family Court Department) ("Worcester Probate Court")). In further support of this motion, Suzanne relies on her Verified Amended

Petition (the "Petition") and her supporting Memorandum of Law.

Also, attached hereto as Exhibit A is a true and correct copy of a letter dated April 9, 2004, from the United States Department of State, functioning as the Central Authority of the United States for purposes of the Hague Convention, to the Worcester Probate Court, explaining, among other things, the obligation under Article 16 to refrain from further custody-related proceedings between the parties related to a child whose recovery is sought under the Hague Convention. The letter also describes that, under Article 17, prior state court custody decisions do not bind this Court. This Court has refused to grant emergency *ex parte* relief under the Hague Convention, thereby requiring that Petitioner bring this motion on notice. Based on the facts set forth in the Petition, Petitioner respectfully submits that this motion should be granted in its entirety.

**REQUEST FOR HEARING / ORAL ARGUMENT**: Petitioner respectfully requests a hearing and oral argument which she believes will assist the Court in its resolution of this motion, particularly in light of the complex procedural history and international jurisdictional issues.

Respectfully submitted,

By: _____
Barry S. Pollack (BBO#642064)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
Boston, MA 02108
(617) 720-2880
Attorneys for Petitioner Suzanne Branciforte

Dated: May 20, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party ~~by mail~~/by hand

Date: 5/20/04 _____

## Certificate of Compliance with Local Rule 7.1

Undersigned counsel has attempted to confer with counsel for Respondent to resolve or narrow the issues underlying the present motion. After several telephone conversations, counsel have not been able to resolve or meaningfully narrow these issues.

Dated: May 20, 2004

Barry S. Pollack