UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Suzanne Branciforte,**

    **Petitioner**       **CA04-10640-NMG**

  **v.**

**Adrian Hernandez,**

    **Respondent**

### NOTICE

**PLEASE TAKE NOTICE that this matter has been set for hearing on Thursday, August 19, 2004 at 4:00 p.m.  on the limited issue of reasonable telephonic contact between the Petitioner Suzanne Branciforte and the child.  The motion hearing set for August 13, 2004 is cancelled and rescheduled  for Thursday, September 9, 2004 at 4:00 p.m.  If counsel are able to resolve the issue of reasonable telephonic contact for the period between now and September 9, 2004, the hearing set for August 19, 2004 will be cancelled.**

                                                       **Tony Anastas, Clerk of Courts**
                                                       **/s/ Craig J. Nicewicz**

**8/12/2004**
    Date                                                **Craig Nicewicz, Deputy Clerk**
                                                          **617-748-9158**