# DONNELLY, CONROY & GELHAAR, LLP

ONE BEACON STREET
33RD FLOOR
BOSTON, MA 02108

TELEPHONE: (617) 720-2880   FACSIMILE: (617) 720-3554

Barry S. Pollack
bsp@dcglaw.com

August 17, 2004

**BY HAND DELIVERY**

Civil Clerk's Office
Attn: Craig Nicewicz
United States District Court
 District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   Suzanne Branciforte v. Adrian Hernandez
      Civil Action No. 04-10640 NMG

Dear Mr. Nicewicz:

In advance of the hearing tomorrow regarding telephonic access between Petitioner Suzanne Branciforte and her son Max, I respectfully submit for filing the enclosed Petitioner's Proposed Order Re Interim Telephonic Access. Counsel for Respondent has advised that he will object to the entry of this or any Order by this Court requiring the reinstatement of telephonic access between Petitioner Branciforte and Max. Nevertheless, the Proposed Order should serve at the very least as a set of talking points for tomorrow's hearing.

At the request of the Court, counsel have made a serious effort to agree on the full set of terms for the reinstatement of telephonic access between Ms. Branciforte and her son Max. The enclosed Proposed Order sets forth terms for reasonable telephonic access that includes most of the conditions requested by Respondent's counsel in previous emails and telephone calls. The parties have not, however, been able to reach a complete agreement on the terms of such access.

Thank you for your courtesies in this matter.

Respectfully submitted,

Barry S. Pollack

BSP/mam
Enclosure
cc:   Edwin Hamada, Esq. (by hand)