UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUZANNE BRANCIFORTE, : | |
| : | |
| Petitioner, : | |
| : | Civ. No.: 04-10640 RGS |
| v. : | |
| : | |
| ADRIAN HERNANDEZ, : | |
| : | |
| Respondent. : | |

**PETITIONER'S INTERIM STATUS REPORT REGARDING MEDIATION**

At the hearing on September 9, 2004, this Court directed that counsel file a brief status report, by September 13, 2004, regarding mediation, including reasons why any party is unwilling to participate in mediation of the claims between the parties. Petitioner remains willing to participate in mediation. While the parties have not yet agreed that any particular scope of mediation would be productive, nor have they yet selected a mutually acceptable mediator, the parties have in fact made substantial progress in negotiations toward a resolution of this matter. Counsel for the parties have discussed what appear to be certain mutually acceptable parameters and are exchanging positions and the wording of what is to be filed with this Court.

It is unclear at this time whether any issues would require mediation in order to complete the settlement. Hence, Petitioner respectfully requests that this Court provide the parties with an opportunity to file, by September 17, 2004, an updated report regarding the status of settlement

negotiations and each party's position on mediation or other method of alternative resolution of the claims in this proceeding.

Respectfully submitted,

By: _____
Barry S. Pollack (BBO#642064)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
Boston, MA 02108
(617) 720-2880
Attorneys for Petitioner

Dated: September 13, 2004

2

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing Amended Verified Petition to be served on all counsel of record, including Edwin Hamada, Esq., for Respondent Adrian Hernandez, this 13th day of September, 2004.

_____
Barry S. Pollack