# DONNELLY, CONROY & GELHAAR, LLP

ONE BEACON STREET
33RD FLOOR
BOSTON, MA 02108

TELEPHONE: (617) 720-2880   FACSIMILE: (617) 720-3554

Barry S. Pollack
bsp@dcglaw.com

September 17, 2004

**By Facsimile and First-Class Mail**
Ed Hamada, Esq.
Hamada Legal & Consulting Services
790 Boylston St., Suite 16G
Boston, MA 02199

Re:   Suzanne Branciforte v. Adrian Hernandez

Dear Ed:

As we have discussed by telephone and email, your client has violated the Order of the Court requiring him to facilitate and maintain telephonic access between Suzanne and her son. You have informed me, in writing, that "Adrian has no obligation to sit around and wait for her highness to call." You have also informed me that your client does not have to place or return telephone calls to Suzanne. As part of your argument, you stated that your client would not pay for the cost of any of the calls, even though calling cards are readily available that permit such international calls at pennies per minute (certainly less than 15 cents per minute).

As a result of your client's position, Suzanne has not spoken to her son in more than a week. Your client has therefore willfully violated a clear Order of the Court. Obviously only as a last resort would I want to seek a contempt finding. Unfortunately, you and your client are leaving us with no other apparent choice.

On behalf of Suzanne, I request that your client make Max available tonight and every night that follows for the next several days to remedy the number of missed calls. Based on your client's conduct in the next few days, on Monday, we will revisit the contempt issue.

Truly yours,

Barry S. Pollack