UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUZANNE BRANCIFORTE,

Petitioner,

v.

ADRIAN HERNANDEZ,

Respondent.

Civ. No.: 04-10640-RGS

### PETITIONER SUZANNE BRANCIFORTE'S UNOPPOSED MOTION TO DISMISS

Petitioner Suzanne Branciforte ("Suzanne") respectfully submits this unopposed motion to dismiss voluntarily this action with prejudice pursuant to a Settlement Agreement between the parties. A copy of the Settlement Agreement is attached hereto as Exhibit A. The Settlement Agreement provides for the dismissal of this matter with each party bearing his or her own costs.

Respectfully submitted,

By: _____
Barry S. Pollack (BBO#642064)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street
Boston, MA 02108
(617) 720-2880
Attorneys for Petitioner Suzanne Branciforte

Dated: October 21, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: _____ _____